IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br><br> Plaintiff, <br><br> v. <br><br> TELIT WIRELESS SOLUTIONS, INC., TELIT COMMUNICATIONS PLC, <br><br> Defendant. | C.A. No.: 20-1708-CFC |

**DECLARATION OF LUCAS I. SILVA IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Of Counsel: <br><br> Eley O. Thompson *(pro hac vice)* <br> FOLEY & LARDNER LLP <br> 321 N. Clark Street <br> Suite 2800 <br> Chicago, IL 60654-5313 <br> Phone: (312) 832-4359 <br> Fax: (312) 832-4700 <br> ethompson@foley.com <br><br> Kevin Littman *(pro hac vice)* <br> Lucas I. Silva *(pro hac vice)* <br> FOLEY & LARDNER LLP <br> 111 Huntington Avenue <br> Suite 2500 <br> Boston, MA 02199-7610 <br> Phone: (617) 342-4000 <br> Fax: (617) 342-4001 | YOUNG CONAWAY STARGATT & TAYLOR, LLP <br> Adam W. Poff (No. 3990) <br> Robert M. Vrana (No. 5666) <br> Alexis N. Stombaugh (No. 6702) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Phone: (302) 571-6600 <br> apoff@ycst.com <br> rvrana@ycst.com <br> astombaugh@ycst.com <br><br> *Attorneys for Plaintiff* <br> *KONINKLIJKE PHILIPS N.V.* |

| | |
|---|---|
| klittman@foley.com<br>lsilva@foley.com | Dated: October 18, 2023 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br><br> Plaintiff, <br><br> v. <br><br> TELIT WIRELESS SOLUTIONS, INC., TELIT COMMUNICATIONS PLC, <br><br> Defendant. | C.A. No.: 20-1708-CFC |

## DECLARATION OF LUCAS I. SILVA IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Lucas I. Silva, declare as follows:

1. I am an attorney at Foley & Lardner LLP, counsel to Plaintiff Koninklijke Philips N.V. ("Philips").

2. I make this declaration in support of Plaintiff's Reply In Support of Motion For Summary Judgment.

3. I have personal knowledge of the facts set forth herein and, if called to testify in this matter, could and would testify to the following facts.

4. Attached as **Exhibit 93** is a true and correct copy Sur-Reply Expert Report of Dr. Bertram Huber, dated June 29, 2023.

1

5.      Attached as **Exhibit 94** is a true and correct copy of excerpts from the deposition transcript of Matthias Schneider in this case, dated July 19, 2023.

6.      Attached as **Exhibit 95** is a true and correct copy of Hélène Laffere's Report on Essential IPRs declared in relation to the work of SMG#24, Bates Nos. KPNV0047665 – KPVN0047685, dated December 15, 1997.

7.      Attached as **Exhibit 96** is a true and correct copy of Hélène Laffere's Report on Essential IPRs declared in relation to the work of SMG#24, Bates Nos. KPNV0044954 – KPVN0044963, dated May 1, 1998.

8.      Attached as **Exhibit 97** is a true and correct copy of excerpts from Jean-Sébastien Borghetti's Deposition Ex. 7 in this case, FRAND Licensing Levels Under EU Law, Bates Nos. TELIT1708_020856 and TELIT1708_020885 - TELIT1708_020886.

9.      Attached as **Exhibit 98** is a true and correct copy of excerpts from the deposition transcript of Richard Buttrick in this case, dated January 24, 2023.

10.     Attached as **Exhibit 99** is a true and correct copy of excerpts from the deposition transcript of Jean-Sébastian Borghetti in this case, dated June 26, 2023.

11.     Attached as **Exhibit 100** is a true and correct copy of excerpts from Evolved Cellular Network Planning and Optimization for UMTS and LTE, Bates No. TELIT1708_019899 - TELIT1708_019938, dated 2011, which was attached as Exhibit 175 to the Expert Report of Dr. Paul Min dated March 10, 2023.

12. Attached as **Exhibit 101** is a true and correct copy of page 4 of the Witness Statement of Kevin Scott (CX-2401-C) in *Certain UMTS and LTE Cellular Communications Modules and Products Containing the Same*, Inv. No. 337-TA-1240, dated August 20, 2021.

13. Attached as **Exhibit 102** is a true and correct copy of 3GPP Portal – Releases, Bates Nos. KPNV0038441 - KPNV0038442, located at https://portal.3gpp.org/Releases.aspx, as of December 21, 2022.

14. Attached as **Exhibit 103** is a true and correct copy of "About ICOM France" from https://www.icom-france.com/en/.

Date: October 18, 2023  /s/ Lucas I. Silva
Lucas I. Silva