IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., <br><br> Plaintiff, <br><br> v. <br><br> TELIT IOT SOLUTIONS, INC., and TELIT COMMUNICATIONS LTD, <br><br> Defendants. | Civil Action No. 20-1708-CFC |

## ORDER

WHEREAS Telit IoT Solutions, Inc. filed three *Daubert* motions on August 23rd, 2023. *See* D.I. 147; D.I. 150; D.I. 152.

WHEREAS the Scheduling Order issued on June 27th, 2022, states:

> A party that files more than one *Daubert* motion shall number each motion to make clear the order in which the party wishes the Court to consider the motions in question. The first motion the party wishes the Court to consider shall be designated # 1, the second motion shall be designated #2, and so on. The Court will review the party's *Daubert* motions in the order designated by the party. If the Court decides to deny a motion filed by the party, barring exceptional reasons determined sua sponte by the Court, the Court will not review any further *Daubert* motions filed by the party.

D.I. 82 at 15–16.

WHEREAS the Court denied Telit's *Daubert* Motion No. 1 (D.I. 147) on December 12th, 2023.  D.I. 205.

WHEREAS the Court does not believe exceptional circumstances exist in this case to address *Daubert* Motion No. 2 and *Daubert* Motion No. 3.

NOW THEREFORE, at Wilmington this Twelfth day of December in 2023,

**IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Preclude Testimony from Philips' Experts Concerning Philips Intent and Reliance by Third Parties (*Daubert* Motion No. 2) (D.I. 150) is DENIED.

2. Defendants' Motion to Preclude Testimony from Johanna Dwyer and Testimony Related to Two Web Postings, Birsmark and Layne-Farrar (*Daubert* Motion No. 3) (D.I. 152) is DENIED.

_____
CHIEF JUDGE