IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1708 (CFC) (CJB) |
| | ) |
| TELIT IOT SOLUTIONS, INC. (f/k/a TELIT WIRELESS SOLUTIONS, INC.); TELIT COMMUNICATIONS LTD (f/k/a TELIT COMMUNICATIONS PLC), | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER OF**
**DISMISSAL WITH PREJUDICE AND TO STAY PROCEEDINGS**

**WHEREAS,** Defendants Telit IoT Solutions, Inc. (f/k/a Telit Wireless Solutions, Inc.) and Telit Communications Ltd (f/k/a Telit Communications PLC) (D.I. 77, p. 58 et seq.) have decided to withdraw their Thirteenth Affirmative Defense (Unenforceability) making the trial scheduled to begin February 26, 2024 unnecessary;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to dismiss with prejudice the Thirteenth Affirmative Defense (Unenforceability) of Defendants Telit IoT Solutions, Inc. (f/k/a Telit Wireless Solutions, Inc.) and Telit Communications Ltd (f/k/a Telit Communications PLC)

(D.I. 77, p. 58 et seq.), with each side to bear its own costs and fees in regard to this dismissal. However, this provision does not preclude Telit from seeking to introduce evidence in subsequent proceedings concerning the outcome of the ITC Investigation No. 337-TA-1240. The parties reserve their rights to challenge admissibility and relevance of such evidence.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that the parties will meet and confer concerning how to proceed with the remainder of the case. The parties will be prepared to provide the Court with their recommendations on how to schedule the remainder of the case and hereby request a scheduling conference at the Court's convenience on or after January 19, 2024.

| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Robert M. Vrana* | */s/ Jack B. Blumenfeld* |
| Adam Wyatt Poff (#3990)<br>Robert M. Vrana (#5666)<br>Alexis N. Stombaugh (#6702)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>302) 571-6600<br>apoff@ycst.com<br>rvrana@ycst.com<br>astombaugh@ycst.com<br><br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Eley O. Thompson<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL  60654-5313<br>(312) 832-4359 | David Loewenstein<br>Guy Yonay<br>Clyde Shuman<br>Kyle Auteri<br>PEARL COHEN ZEDEK LATZER BARATZ LLP<br>7 Times Square, 19th Floor<br>New York, NY  10036<br>(656) 878-0800 |
| Kevin M. Littman<br>Lucas I. Silva<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue, Suite 2500<br>Boston, MA  02199-7610<br>(617) 342-4000 | |

December 13, 2023

SO ORDERED this____day of December, 2023.

_____
The Honorable Colm F. Connolly
Chief, U.S. District Court Judge