IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TELIT WIRELESS SOLUTIONS, INC. ) <br> (n/k/a TELIT IOT SOLUTIONS, INC.); ) <br> TELIT COMMUNICATIONS PLC ) <br> (n/k/a TELIT COMMUNICATIONS ) <br> LTD), ) <br> ) <br> Defendants. ) | C.A. No. 20-1708 (CFC) (CJB) |
| KONINKLIJKE PHILIPS N.V., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TELIT WIRELESS SOLUTIONS, INC. ) <br> (n/k/a TELIT IOT SOLUTIONS, INC.); ) <br> TELIT COMMUNICATIONS PLC ) <br> (n/k/a TELIT COMMUNICATIONS ) <br> LTD), and ) <br> CALAMP CORP., ) <br> ) <br> Defendants. ) | C.A. No. 20-1711 (CFC) |

**JOINT STIPULATION REGARDING
<u>DISMISSAL OF CLAIMS AND COUNTERCLAIMS</u>**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel of record, that the above-captioned cases, including all claims

and counterclaims that were brought by the parties in these actions, are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For purposes of clarity, the dismissal of this case with prejudice does not dismiss any claims or counterclaims pending in *Koninklijke Philips N.V. v. Quectel Wireless Solutions Co., Ltd., CalAmp Corp., Xirgo Technologies, LLC, Laird Connectivity, Inc.*, Case No. 20-cv-1710-CFC (D. Del.), as the dismissal with prejudice in this case against CalAmp relates only to products that incorporate modules sold by Telit and Thales (including their affiliates and predecessors); thus it does not cover CalAmp products that incorporate Quectel modules, which are accused of infringement in Case No. 20-cv-1710-CFC (D. Del.).

The parties further stipulate that each party shall be responsible for its own costs and attorneys' fees related to these actions.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Adam W. Poff* | */s/ Jack B. Blumenfeld* |
| Adam W. Poff (No. 3990) | Jack B. Blumenfeld (No. 1014) |
| Robert M. Vrana (No. 5666) | Brian P. Egan (No. 6227) |
| Alexis N. Stombaugh (No. 6702) | Anthony D. Raucci (No. 5948) |
| 1000 N. King Street | 1201 North Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| apoff@ycst.com | jblumenfeld@morrisnichols.com |
| rvrana@ycst.com | began@morrisnichols.com |
| astombaugh@ycst.com | araucci@morrisnichols.com |
| *Of Counsel*: | *Of Counsel*: |

| | |
|---|---|
| Eley O. Thompson<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>(312) 832-4359<br><br>Kevin M. Littman<br>Lucas I. Silva<br>John W. Custer<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Suite 2500<br>Boston, MA 02199-7610<br>(617) 342-4000<br><br>*Attorneys for Plaintiff* | David Loewenstein<br>Guy Yonay<br>Kyle Auteri<br>PEARL COHEN ZEDEK LATZER BARATZ LLP<br>7 Times Square, 19th Floor<br>New York, NY 10036<br>(656) 878-0800<br><br>*Attorneys for Defendants* |

August 19, 2024

SO ORDERED, this 19th day of August, 2024.

_____
United States District Judge